# Exhibit B

# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

**GLORIA KUI MELWANI**
DIRECT DIAL (212) 545-4626
FACSIMILE (212) 686-0114
melwani@whafh.com

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
70 WEST MADISON STREET, SUITE 1400
CHICAGO, IL 60602

March 29, 2019

**VIA FEDERAL EXPRESS**

Board of Directors
Avalon Holdings Corporation
One American Way
Warren, Ohio 44484

Re: REDACTED

Dear Board of Directors:



REDACTED

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC

Board of Directors
Avalon Holdings Corporation
March 29, 2019
Page 2



Very truly yours,

Gloria Kui Melwani

cc: Beth A. Keller (via email)
bkeller@monteverdelaw.com

Juan E. Monteverde (via email)
jmonteverde@monteverdelaw.com

GKM: dmm / 803835