# Exhibit C

Query    Reports    Utilities    Help    Log Out

# Select A Case

**Shiva Stein is a plaintiff in 34 cases.**

| | | | |
|---|---|---|---|
| [1:16-cv-00081-ILG-RER](#) | Stein v. Visa Inc. | filed 01/07/16 | closed 01/14/16 |
| [1:16-cv-00379-DLI-JO](#) | Stein v. Raymond James Financial, Inc. | filed 01/25/16 | closed 02/17/16 |
| [1:16-cv-01461-ENV-RML](#) | Stein v. Charter Communications, Inc. | filed 03/24/16 | closed 04/29/16 |
| [1:16-cv-01832-DLI-LB](#) | Stein v. Markel Corporation | filed 04/14/16 | closed 04/22/16 |
| [1:16-cv-02516-RRM-SMG](#) | Stein v. Five Below, Inc. | filed 05/17/16 | closed 07/18/16 |
| [1:16-cv-05340-NGG-JO](#) | Stein v. Standex International Corporation | filed 09/26/16 | closed 10/12/16 |
| [1:16-cv-06252-RRM-SJB](#) | Stein v. 1-800 Flowers.Com, Inc. | filed 11/10/16 | closed 04/22/19 |
| [1:17-cv-01924-MKB-RML](#) | Stein v. Calpine Corporation | filed 04/04/17 | closed 04/18/17 |
| [1:17-cv-03077-AMD-ST](#) | Stein v. Celgene Corporation | filed 05/22/17 | closed 07/18/17 |
| [1:17-cv-03493-ARR-PK](#) | Stein v. Liberty Expedia Holdings, Inc. | filed 06/09/17 | closed 06/15/17 |
| [1:17-cv-03580-AMD-PK](#) | Stein v. Argan, Inc. | filed 06/14/17 | closed 06/22/17 |

| | | | |
|---|---|---|---|
| 1:17-cv-04119-ARR-JO | Stein v. Universal Corporation | filed 07/11/17 | closed 07/24/17 |
| 1:17-cv-04608-PKC-CLP | Stein v. Alcoa Corporation | filed 08/07/17 | closed 09/29/17 |
| 1:17-cv-04830-SJ-RER | Stein v. Cinedigm Corp | filed 08/17/17 | closed 12/04/17 |
| 1:17-cv-05343-JBW-LB | Stein v. Medtronic PLC | filed 09/12/17 | closed 10/25/17 |
| 1:17-cv-05418-KAM-RER | Stein v. Herman Miller, Inc. | filed 09/15/17 | closed 11/06/17 |
| 1:17-cv-05685-ERK-LB | Stein v. Destination Maternity Corp. | filed 09/28/17 | closed 10/16/17 |
| 1:17-cv-06945-NGG-RER | Stein v. Acuity Brands Inc. | filed 11/29/17 | closed 02/26/18 |
| 1:17-cv-07375-FB-PK | Stein v. Air Products and Chemicals, Inc. | filed 12/19/17 | closed 12/22/17 |
| 1:18-cv-00012-RRM-LB | Stein v. Allergan plc et al | filed 01/02/18 | closed 05/01/19 |
| 1:18-cv-00220-FB-RER | Stein v. TFS Financial Corporation | filed 01/12/18 | closed 02/09/18 |
| 1:18-cv-00887-PKC-CLP | Stein v. ABM Industries Incorporated | filed 02/09/18 | closed 02/28/18 |
| 1:18-cv-01494-MKB-RML | Stein v. DTE Energy Company | filed 03/09/18 | closed 04/18/18 |
| 1:18-cv-01605-ENV-RER | Stein v. Portland General Electric Company | filed 03/15/18 | closed 04/19/18 |
| 1:18-cv-01707-NGG-JO | Stein v. Convergys Corporation | filed 03/19/18 | closed 04/03/18 |
| 1:18-cv-01893-CBA-SMG | Stein v. Gibraltar Industries, Inc. | filed 03/28/18 | closed 12/19/18 |

| | | | |
|---|---|---|---|
| 1:18-cv-02227-FB-SMG | Stein v. Merit Medical Systems, Inc. | filed 04/16/18 | closed 04/24/18 |
| 1:18-cv-02229-BMC | Stein v. Tutor Perini Corporation | filed 04/16/18 | closed 06/01/18 |
| 1:18-cv-02993-ARR-RML | Stein v. Vitamin Shoppe, Inc. | filed 05/21/18 | closed 07/06/18 |
| 1:18-cv-03030-LDH-CLP | Stein v. Live Nation Entertainment, Inc. et al | filed 05/23/18 | closed 09/27/18 |
| 1:18-cv-04861-NGG-RER | Stein v. Richardson Electronics, Ltd. | filed 08/27/18 | closed 09/17/18 |
| 1:18-cv-05717-ARR-ST | Stein v. Automatic Data Processing, Inc. | filed 10/12/18 | closed 10/17/18 |
| 1:19-cv-01600-AMD-RER | Stein v. DISH Network Corporation | filed 03/20/19 | closed 03/25/19 |
| 1:19-cv-02431-RRM-CLP | Stein v. Quest Diagnostics Incorporated | filed 04/25/19 | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/23/2019 16:05:54 | | | |
| **PACER Login:** | DelGrosso70 | **Client Code:** | 2754161524 |
| **Description:** | Search | **Search Criteria:** | Last Name: stein First Name: shiva |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |